# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:17-cr-26-AW-GRJ
 1:21-cv-53-AW-GRJ

**JERMAINE CARL CURTIS,**

 **Defendant.**
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have carefully considered the magistrate judge's report and recommendation (ECF No. 103), to which no objections have been filed. I have determined that the report and recommendation should be adopted, and I now adopt it and incorporate it by reference into this order.

The clerk will enter a judgment that says, "The § 2255 motion is dismissed as untimely." The clerk will then terminate ECF No. 102 and close the file. A certificate of appealability is DENIED.

SO ORDERED on June 22, 2021.

 s/ *Allen Winsor*
 United States District Judge