IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                           Case No. 1:17-cr-26-AW-GRJ
                                                                       1:21-cv-53-AW-GRJ

**JERMAINE CARL CURTIS,**

    **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After the court dismissed Defendant Jermaine Carl Curtis's § 2255 motion, *see* ECF Nos. 106, 107, Curtis filed a Rule 60(b) motion, *see* ECF No. 155. The magistrate judge issued a report and recommendation, ECF No. 170, recommending that the court deny the motion. Curtis has filed no objection. Having carefully considered the matter, I now adopt the report and recommendation and incorporate it by reference into this order.

The Rule 60(b) motion (ECF No. 155) is DENIED, and a certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on June 11, 2025.

                                                   s/ *Allen Winsor*
                                                   United States District Judge